**No. 50078.**—Protests 36453–K, etc., of Wimelbacher & Rice (New York).

Opinion by OLIVER, P. J.   It was stipulated that the gloves in question are the same in all material respects as those the subject of *United States* v. *Aris Gloves, Inc.* (31 C. C. P. A. 169, C. A. D. 268), which record was incorporated herein. In accordance therewith the merchandise in question was held dutiable at $5.50 per dozen pairs under paragraph 1532 (a) as claimed.

**No. 50079.**—Protests 46928–K, etc., of Aris Gloves, Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the gloves in question are the same in all material respects as those the subject of *United States* v. *Aris Gloves, Inc.* (31 C. C. P. A. 169, C. A. D. 268), which record was incorporated herein. In accordance therewith certain of the merchandise in question was held dutiable at $5 per dozen pairs, plus $1 per dozen pairs under paragraph 1532 (a), as modified by the Czechoslovakian Trade Agreement (T. D. 49458).   Other items were held dutiable at $5.50 per dozen pairs under paragraph 1532 (a).   The protests were sustained to this extent.

**No. 50080.**—Protest 33679–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated and agreed as follows: (1) 31.5 percent of the Silvatol I and 34 percent of the Ultravon WC consist of merchandise subject to a tax of 3 cents per pound; and (2) 68.5 percent of the Silvatol I and 66 percent of the Ultravon WC consist of merchandise not covered by any of the provisions of the internal revenue laws.   The protest was therefore sustained as above indicated.